In the Matter of the Claim of Roscoe Halstead, Respondent, against John D. Campbell, as Administrator, etc., of John D. Campbell, Deceased, Alleged Employer, Appellant. State Industrial Board, Respondent.— Appeal by the employer from an award bearing date September 27, 1938, and noticed on November 18, 1938, in favor of claimant. On October 6, 1936, claimant was injured while engaged in the work of demolishing an old shed or barn, when he fell from the roof a distance of about ten or twelve feet to the ground. The grounds upon which the employer resists the claim and award is that the claimant was not employed by him, and if he were he was an independent contractor. There was evidence to support the finding of the State Industrial Board that claimant was employed by the employer to do the work in question, and that he was not an independent contractor. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of Grace Birch, Respondent, against Helen Gamwell Budd and State Insurance Fund, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

## (March 22, 1939.)

Sarah A. Benson and Others, Appellants, v. Commissioners of the Palisades Interstate Park and Others, Respondents.— Motion by the Attorney-General, on behalf of the defendants-respondents, to dismiss appeal, granted, without costs. Motion by Percy V. D. Gott, attorney for defendants-respondents John B. Corwin, as chairman, and Walter G. Brown and George B. Arnot, as associate commissioners of appraisement, to dismiss appeal granted, without costs. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Heffernan, J., not voting.

Harriet Field, Appellant, v. New York State Electric & Gas Corporation, Respondent.— Motion to dismiss appeal from order denying motion for a new trial on the ground of newly-discovered evidence granted, unless appellant files and serves record and brief on or before March 15, 1939, in which event the motion is denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.